December 22, 2006

Mr. Shawn Casey
P.O. Box 27247
Houston, TX 77227

Mr. Jack McKinley
Ramey, Chandler, McKinley & Zito, P.C.
750 Bering Drive, Suite 600
Houston, TX 77057
Mr. J. Robin Lindley
Buck Keenan & Gage, LLP
700 Lousiana, Ste. 5100
Houston, TX 77002

RE: Case Number: 06-0454
 Court of Appeals Number: 14-06-00015-CV
 Trial Court Number: 02-48769

Style: TONY HERNANDEZ AND GARY GIBSON
 v.
 NATIONAL RESTORATION TECHNOLOGIES, L.L.C., TRAVELERS PROPERTY
 CASUALTY INSURANCE COMPANY AND TRAVELERS LLOYDS OF TEXAS INSURANCE
 COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |